**Order entered December 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01333-CV

## IN THE INTEREST OF J.A. AND N.A., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-1156-X**

## ORDER

Before the Court is the November 25, 2019 request of Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request **to the extent** that the reporter's record shall be filed by **December 6, 2019**. We caution Ms. Sumler that further extension requests in this accelerated appeal involving the termination of parental rights will be strongly disfavored.

/s/    KEN MOLBERG
        JUSTICE